IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSEPH DAVIS,
ADC #168704                                                                                  PLAINTIFF

v.                          4:19-cv-00669-JM-JJV

DEANGELO EARL, Warden,
Ouachita River Correctional Unit                                DEFENDANT

## **ORDER**

Joseph Davis has filed a *pro se* Complaint, pursuant to 42 U.S.C. § 1983, alleging Defendant DeAngelo Earl violated his constitutional rights, in May 2019, while he was a prisoner in the Ouachita River Unit ("ORU"). (Doc. No. 1.)

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). This case is not based on diversity jurisdiction. The relevant events occurred at the ORU, which is located in Hot Spring County, and it appears Defendant resides there. Hot Spring County is located in the United States District Court for the Western District of Arkansas. The Court concludes the interest of justice will best be served by transferring the case to that federal court. *See* 28 U.S.C. § 1406(a).

IT IS, THEREFORE, ORDERED that the Clerk is directed to immediately transfer this case to the United States District Court for the Western District of Arkansas.

DATED this 1st day of October 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE